STATE OF CONNECTICUT *v.* JAMES HASKINS

The defendant's motion to set aside the judgment of the trial court and to enter judgment in his favor in the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* for the appellant (defendant).

*Ernest J. Diette,* assistant state's attorney, for the appellee (state).

Argued October 5—decided October 5, 1976

DORY E. THANHAUSER ET AL. *v.* LOW-HEYWOOD SCHOOL, INC.

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Adrian W. Maher,* for the appellee (defendant).

No appearance for the appellants (plaintiffs).

Argued October 5—decided October 5, 1976

LOUISE G. SMITH *v.* DELAVAN P. SMITH

The application by Matthew J. Forstadt to withdraw as counsel on behalf of the plaintiff in the appeal from the Superior Court in Litchfield County is granted.

*Matthew J. Forstadt,* on the motion.

*Martin J. Gersten,* of the New York bar, for the plaintiff.